# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2572
LT Case No. 16-2023-CF-4404-A

_____

JAMES ERIC HARRELL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Susanne K. Sichta and Rick A. Sichta, of The Sichta Firm
LLC, Jacksonville, for Petitioner.

No Appearance for Respondent.

September 5, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 9, 2023 judgment and sentence rendered in Case No. 16-2023-CF-4404-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____